UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARTINEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC a North Carolina limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. ED CV 22-2205- DMG (SHKx)<br><br>**ORDER APPROVING DISMISSAL WITH PREJUDICE [26]** |

　　Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

　　1.　All claims in the above-captioned action are dismissed in their entirety with prejudice; and

　　2.　Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: June 12, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE